Commonwealth *v*. Young, Appellant.

Submitted March 20, 1967. *Richard Cecil Young,*

appellant, in propria persona; *Vram Nedurian, Jr.* and *Ralph B. D'Iorio,* Assistant District Attorneys, *John R. Graham,* First Assistant District Attorney, and *Paul R. Sand,* District Attorney, for Commonwealth, appellee.

Order affirmed.